UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAR-FRESHNER CORPORATION and
JULIUS SÄMANN LTD.,

                Plaintiffs,

    v.

HEMPER CO., LLC, BRH FULFILLMENT
LLC, LINSE LIGHTERS, INC., SNOOZY
FRESHNERS, LLC, DANIEL RAHBAR
DISTRIBUTIONS AND REPRESENTATIONS
LLC, and DANIEL RAHBAR,

                Defendants.

STIPULATION OF DISMISSAL
WITH PREJUDICE

Civil Action No.:
5:17-cv-00952 (GTS/TWD)

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses, or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This stipulation may be filed without further notice with the Clerk of the Court.

3112974.1

Dated: *March 1*, 2018

COHEN TAUBER SPIEVACK &
WAGNER P.C.

By: _____
    Joshua D. Rievman (517542)
420 Lexington Ave, Suite 2400
New York, NY 10170-2499
Telephone: (212) 586-5800
E-mail: jrievman@ctswlaw.com

*Attorneys for Defendants*

Dated: *March 1*, 2018

BOND, SCHOENECK & KING, PLLC

By: _____
    Louis Orbach, Esq. (507815)
    Liza R. Magley (519849)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
E-mail: lorbach@bsk.com
E-mail: lmagley@bsk.com

*Attorneys for Plaintiffs*